UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   12-cr-00510-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MITCHELL KENNETH KUSICK,

    Defendant.

## ORDER

THIS MATTER comes before the Court on a review of the file.  A four-day jury trial is currently set to commence on May 28, 2013.  However, motions have recently been filed which I find require a hearing, including a motion to suppress.  Accordingly, I find that the trial date should be vacated and a hearing set on the pending motions.  In so finding, I note that the speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since pretrial motions have been filed that have not yet been heard or decided.  It is therefore

ORDERED that the four-day jury trial set to commence on Tuesday, May 28, 2013, is **VACATED**.  It is

FURTHER ORDERED that the parties shall jointly contact my Chambers at (303) 844-2170 to obtain a date for a hearing on the pending motions.

Dated: May 1, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
SENIOR UNITED STATES DISTRICT JUDGE